UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MALACHI A. BUSWELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:24-cv-941 |
| VERMONT DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On August 29, 2024, Plaintiff Malachi A. Buswell, a Vermont inmate representing himself, submitted a proposed Complaint (Doc. 1-3) and sought to proceed without prepayment of fees, or *in forma pauperis* ("IFP"), under 28 U.S.C. § 1915. (Doc. 1.) By Order dated December 12, 2024, the court denied Plaintiff's IFP Application without prejudice for failure to include a compliant Inmate Account Summary. He was granted the opportunity to file an amended IFP Application that makes the showing required under § 1915(a)(1) by January 15, 2025. (*See* Doc. 4.) To date, the mailing of the Order has not been returned as undeliverable and no further filings have been received. As a result, this case is DISMISSED without prejudice; the Clerk of Court is directed to close the case file.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 4th day of February, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court